# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**YMCA OF GREATER BOSTON, INC.**

      **Plaintiff,**

  v.

**HYH'NES BAKRI,**

      **Defendant.**

Civil Action No: 1:26CV-12399-IT

## MOTION TO STAY PROCEEDINGS

The Defendant, Hyh'nes Bakri, acting Pro Se, concurrently files her **ANSWER AND COUNTERCLAIMS for a removed case (Docket Number 26H84CV000301) with this MOTION TO STAY PROCEEDINGS.**

In the interest of judicial economy and to prevent a miscarriage of justice, the Defendant asks this Court to stay this matter:

**1.** pending the final resolution of the underlying Eastern Housing Court Summary Process eviction case (Docket Number: **25H84SP005615**); or, alternatively,

**2.** pending the final resolution of the Defendant's civil action against Jade Dennis (Jade Cruz), the YMCA of Greater Boston, Cruz Management Company, and others—which includes **the *active, documented, and easily provable* low-income housing tax credit fraud by Jade Dennis (Jade**

1/3

**MOTION TO STAY PROCEEDINGS 6.1.26**

Cruz)—currently pending in the Suffolk Superior Court (Civil Action No: ~~2684CV01597A~~ ), **which was filed on June 1, 2026.**

**Conclusion:** For the reasons set forth above, **and to prevent the Eastern Housing Court eviction track from being unconstitutionally used to censor protected speech,** the Defendant respectfully requests that this Court grant this **MOTION TO STAY** and freeze all proceedings in this matter until the underlying state court actions are resolved.

**DATE:** June 1, 2026

Respectfully submitted,

/s/ Hyh'nes Hidiyah Bakri

67 Newbury Street

Boston, MA, 02116

6173087944

carpeomnis@outlook.com

**MOTION TO STAY PROCEEDINGS 6.1.26**

## VERIFIED DECLARATION

I, Hyh'nes Bakri, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct:

1. I am a pro se litigant in this action.

2. I have personally prepared and reviewed this document filed by me in this Court.

3. Every factual allegation, timeline, statement of events, and exhibit attached to or contained within this filing is completely true and correct to the best of my personal knowledge, information, and belief.

Executed on this 1st day of June, 2026.

Hyh'nes Bakri

## CERTIFICATE OF SERVICE

I hereby certify that this **MOTION TO STAY PROCEEDINGS** was filed with the Clerk of the

United States District Court for the District of Massachusetts on June 1, 2026. Copies were emailed

on June 1, 2026, to:

1. Attorney David Levinson at Turk and Milone, LLP, 10 Forbes Road, Suite 320W, Braintree, MA 02184.